# In the United States Court of Federal Claims

No. 10-84 C

(Filed March 14, 2013)

```
* * * * * * * * * * * * * * * * * * * *
ARRA ENERGY COMPANY I,           *
ARRA ENERGY COMPANY II, and      *
ARRA ENERGY COMPANY III,         *
                                 *
                                 *
            Plaintiffs,          *
                                 *
       v.                        *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On March 13, 2013, plaintiffs filed a Consent Motion for Enlargement of Time of seven days, to and including March 20, 2013, to file their response to the government's Amended Answer in this matter. For good cause shown, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH